PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WENDY MARIE TADLOCK, <br><br> Defendant. | NO. 2:16-CR-00146-TLN-AC <br><br> STIPULATION AND ORDER TO CONTINUE HEARING AND RESET BRIEFING SCHEDULE <br><br> DATE: March 16, 2017 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for a briefing schedule and hearing on the defendant's appeal of the magistrate judge's decision. (Doc. 23.) The defendant filed her opening brief on February 2, 2017. (Doc. 27.) The United States was ordered to filed a responsive brief within 21 days after the filing of the opening brief. (Doc. 23.) Accordingly, the United States' brief is due February 23, 2017.

2.  By this stipulation, the parties now jointly request to reset the briefing schedule and continue the hearing on the appeal as follows:

    a)  The United States' answering brief shall be filed by April 7, 2017.

    b)  The defendant's reply, if any, shall be filed by April 21, 2017.

    c)  The hearing on appeal shall be May 4, 2017, at 9:30 a.m..

IT IS SO STIPULATED

STIPULATION RE: BRIEFING SCHEDULE     1

Dated:  February 21, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ ROBERT J. ARTUZ
                                             ROBERT J. ARTUZ
                                             Special Assistant U.S. Attorney


Dated:  February 21, 2017                    HEATHER E. WILLIANS
                                             Federal Defender

                                             /s/ CAROLYN WIGGIN
                                             CAROLYN WIGGIN
                                             Counsel for Defendant
                                             Wendy Marie Tadlock

                                             (*Approved via telephone*)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of February, 2017.


                                             _____
                                             Troy L. Nunley
                                             United States District Judge


STIPULATION RE: BRIEFING SCHEDULE                2