

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

LINDA C. ALLISON
Chief Assistant Defender

# m e m o r a n d u m

Date:        February 15, 2017

To:          Honorable Troy L. Nunley
             United States District Court Judge

From:        Carolyn M. Wiggin, Assistant Federal Defender

Subject:     *United States v. Tadlock*
             2:16-CR-00146-TLN-AC

---

Heather Phillips is a certified law clerk who has been admitted to practice in this district pursuant to Rule 181.   She is under my direct supervision.  I have worked with her on the brief and will directly supervise the oral argument on appeal.

Wendy M. Tadlock signed a consent form pursuant to Local Rule 181 to allow Ms. Phillips to represent her in all future proceedings in this court.  The next scheduled proceeding is the oral argument on the appeal set for March 16, 2017 at 9:30 a.m.

If the court so approves, a signed copy of this document will be maintained in the defendant's file.

___X___    Approved

_____    Not Approved

DATED: February 23, 2017

_____
Troy L. Nunley
United States District Court Judge