PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>WENDY MARIE TADLOCK,<br><br>                Defendant. | NO. 2:16-CR-00146-TLN-AC<br><br>STIPULATION AND ORDER TO VACATE RESTITUTION AWARD AND REMAND FOR FURTHER PROCEEDINGS<br><br>DATE: May 4, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a briefing schedule and hearing on the defendant's appeal of the magistrate judge's decision. (Doc. 31.) The defendant filed her opening brief on February 2, 2017. (Doc. 27.) The United States was ordered to file a responsive brief by April 7, 2017, and a hearing was scheduled for May 4, 2017. (Doc. 31.)

2. By this stipulation, the parties now jointly request that this Court vacate the trial court's finding of restitution and remand this case back to Magistrate Judge Allison Claire for a proper determination of restitution in view of the authority cited in the defendant's appeal brief. (Doc. 27.)

///

///

///

///

STIPULATION RE: VACATING RESTITUTION AWARD AND REMAND

1

IT IS SO STIPULATED

Dated: April 7, 2017      PHILLIP A. TALBERT
                          United States Attorney

                          /s/ ROBERT J. ARTUZ
                          ROBERT J. ARTUZ
                          Special Assistant U.S. Attorney


Dated: April 7, 2017      HEATHER E. WILLIAMS
                          Federal Defender

                          /s/ CAROLYN WIGGIN
                          CAROLYN WIGGIN
                          Counsel for Defendant
                          Wendy Marie Tadlock

                          (*Approved via telephone*)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of April, 2017.

_____
Troy L. Nunley
United States District Judge