HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
WENDY MARIE TADLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-00146-AC |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO RESET |
| | ) RESTITUTION AND [~~PROPOSED~~] ORDER |
| vs. | ) |
| | ) Date: |
| WENDY MARIE TADLOCK, | ) Time: |
| | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

On April 19, 2017, by joint stipulation of the parties, the District Court vacated the Magistrate Judge's finding of restitution and remanded this case back to Honorable Magistrate Judge Allison Claire for a proper determination of restitution in view of the authority cited in the defendant's appeal brief.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT ARTUZ, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA ALLISON, attorney for defendant, Wendy Tadlock that this Court reset the restitution amount to $10,976, which is the total loss amount resulting from the nine counts of conviction. It is further stipulated by and between the parties that an Amended Judgment in a Criminal Case be filed to reflect the change in the restitution amount and that all other terms, conditions and assessments remain the same.

///

| | | |
|---|---|---|
| DATED: June 7, 2017 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Linda C. Allison*<br>LINDA C. ALLISON<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>WENDY MARIE TADLOCK |
| DATED: June 7, 2017 | | Phillip A. Talbert<br>United States Attorney |
| | | */s/ Robert Artuz*<br>ROBERT ARTUZ<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order. The Court orders that the Judgment in a Criminal Case be amended to reflect a restitution amount of $10,976, with all other terms, conditions, and assessments to remain the same.

IT IS SO ORDERED.

Dated: June 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE